NUMBERS 13-00-564-CR and 13-00-565-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


__________________________________________________________________


THE STATE OF TEXAS
, Appellant,


v.



JOHN R. DUMAS, Appellee.

__________________________________________________________________


On appeal from the County Court at Law No. 2 


of Nueces County, Texas.


___________________________________________________________________


O P I N I O N



Before Chief Justice Seerden and Justices Dorsey and

Rodriguez

Opinion Per Curiam



 Appellant, THE STATE OF TEXAS, perfected appeals from orders 
entered by the County Court at Law No. 2 of Nueces County, Texas, in
cause numbers 00-CR-4002-2 and 00-CR-4003-2. Appellant has filed
a motion to dismiss the appeals. 

 The Court, having considered the documents on file and
appellant's motion to dismiss the appeals, is of the opinion that
appellant's motion to dismiss the appeals should be granted. 
Appellant's motion to dismiss the appeals is granted, and the appeals
are hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 28th day of December, 2000.